# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:22-cr-** 288-HZ |
| **v.** | **INFORMATION** |
| **ERICK DEVON BUTLER,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **UNDER SEAL** |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about May 22, 2022, in the District of Oregon, defendant, **ERICK DEVON**

**BUTLER,** having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, specifically:

(1) Unlawful Possession of a Firearm, on or about February 8, 2012, in Clark County

Superior Court, Case Number 11-1-01981-1;

(2) Theft in the First Degree, on or about July 30, 2014, in Clark County Superior Court,

Case Number 14-1-00333-1;

(3) Theft in the First Degree, on or about July 30, 2014, in Clark County Superior Court,

Case Number 14-1-00879-1;

**Information**                                                                                      **Page 1**

(4)  Attempted Robbery in the Second Degree, on or about April 21, 2015, in Multnomah

County Circuit Court, Case Number 140431520;

did knowingly and unlawfully possess the following firearm:

(1)  Rock Island Armory Pistol Model M1911 A1-FS, Serial Number RIA1519891;

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

Dated: August 18, 2022                          Respectfully submitted,

NATALIE K. WIGHT
United States Attorney


/s/ Lewis S. Burkhart
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Information**                                                    **Page 2**