IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>ERICK DEVON BUTLER,<br><br>           Defendant. | Case No. 3:22-CR-00288-HZ-1<br><br>DEFENDANT'S FOURTH UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING DATE |

COMES NOW the Defendant, Erick Devon Butler, by and through his attorney, Tyl W. Bakker, and good cause appearing therefore, respectfully requests that the Court grant his motion that the sentencing date be continued from Thursday, April 24th, 2025, for approximately 90 days to Wednesday, July 23rd, 2025, or a date thereafter convenient to the Court. This is the fourth continuance request in this matter. The government, per AUSA Lewis Burkhart, does not object to this request. This motion is supported by the Declaration of Counsel.

Dated this the 28th day of March, 2025.

/s/ **Tyl Bakker**
Tyl W. Bakker, OSB #902000
Attorney for Erick Devon Butler

PAGE 1 – DEFENDANT'S FOURTH UNOPPOSED MOTION FOR
POSTPONEMENT OF SENTENCING DATE

**TYL W. BAKKER, LLC**
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140