IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK DEVON BUTLER,<br><br>Defendant. | Case No. 3:22-CR-00288-HZ-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S FOURTH UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING DATE |

The undersigned, Tyl W. Bakker, being first duly sworn, do depose and state that the following is true and correct:

1.      I am the court-appointed counsel for the defendant Erick Devon Butler in the above-referenced case, having been so appointed to this matter on April 10th, 2024.  I am Defendant's first appointed lawyer.

2.      On April 12, 2024, Mr. Butler entered a guilty plea to Count I of the Information, charging Racketeering Conspiracy, in violation of 18 USC § 1962(d).

3.      Sentencing is currently scheduled for Thursday, April 24th, 2025, before Your Honor.

4.      Additional time is needed to continue sentencing preparation and mitigation investigation.

5.      By the accompanying motion, Mr. Butler requests that the current trial date be continued for approximately 90 days to Wednesday, July 23rd, 2025, or a date thereafter convenient to the Court. This is the fourth motion to reset the sentencing date filed in this case on behalf of Mr. Butler.

6.      Assistant United States Attorney Lewis Burkhart is in agreement with this request.

//

//

PAGE 1 – DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S FOURTH UNOPPOSED MOTION FOR POSTPONEMENT OF SENTENCING DATE

**TYL W. BAKKER, LLC**
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140

7.      I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP1E.

Dated this the 28th day of March, 2025.

/s/ **Tyl Bakker**
Tyl W. Bakker, OSB #902000
Attorney for Erick Devon Butler

PAGE 2 – DECLARATION OF COUNSEL IN SUPPORT OF
DEFENDANT'S FOURTH UNOPPOSED MOTION FOR
POSTPONEMENT OF SENTENCING DATE

**TYL W. BAKKER, LLC**
621 SW Alder Street, Suite 600
Portland, Oregon 97205
Ph: (503) 721-0140